UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **KARINA SARAI SARAVIA-SEGOVIA,** <br><br> Petitioner, <br> v. <br><br> KRISTI NOEM (Secretary of U.S. Dep't of Homeland Security) *et al.,* <br><br> Respondents. | **ORDER** <br><br> ED CV 26-01024-VBF-PD <br><br> Scheduling TRO Response & Reply |

**No later than 11:59 p.m. on Saturday, March 7, 2026, the respondents MAY FILE a response to the temporary restraining order ("TRO") application.**

No later than 11:59 p.m. on Monday, March 9, 2026, petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated:  March 5, 2026

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge