# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| **KARINA SARAI SARAVIA-SEGOVIA,**<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>Secretary, U.S. Dep't of Homeland Security *et al.,*<br><br>　　　　　　Respondents. | **ORDER**<br><br>ED CV 26-01024-VBF-PD<br><br>TEMP. RESTRAINING ORDER<br>and<br>ORDER TO SHOW CAUSE RE: P.I. |

　　Good cause having been shown and based on Petitioner's showing of likelihood of success on the merits and irreparable harm, the minimal harm to Respondents, and the public's interest in upholding the Constitution, 8 U.S.C. § 1226(a) and prior orders of the court in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, -- F. Supp. 3d --, 2025 WL 3288403, *9 (C.D. Cal. Nov. 25, 2025), the Court orders as follows:

**Petitioner's request for a temporary restraining order ("TRO") is GRANTED.**

**Petitioner SHALL BE IMMEDIATELY RELEASED on Monday, March 9, 2026.**

**No later than Wednesday, March 11, 2026, respondents SHALL FILE a notice**

**confirming that they have released petitioner and are complying with this TRO.**

**Pending further order of the Court:**

**– respondents are enjoined from imposing any release restrictions on Petitioner**, such as electronic monitoring, unless deemed necessary at a future pre-deprivation bond hearing, **and from re-detaining Petitioner without providing her with a pre-deprivation bond hearing** before a neutral arbiter at which she is shown by clear and convincing evidence to be a flight risk or a danger to the public, and that there are no conditions that will reasonably assure her appearance and public safety.

**– if Petitioner is again placed into detention following proceedings compliant with this order, Respondents shall not remove Petitioner from this district or the United States unless** executing a lawful final order that petitioner be removed to El Salvador.

The bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

**No later than 11:59 p.m. on Thursday, March 12, 2026, the respondents MAY SHOW CAUSE, in writing, why a preliminary injunction should not issue** consistent with the terms of this TRO. Failure to file opposition to preliminary injunction by said deadline shall be deemed consent to the granting of the PI Application.

**No later than 12:00 noon on Monday, March 16, 2026, petitioner MAY REPLY.**

The Court deems the PI application suitable for disposition without oral argument.

IT IS SO ORDERED.

Dated: March 8, 2026

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge