**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **KARINA SARAI SARAVIA-SEGOVIA,** ) | |
| Petitioner, ) | **ORDER** |
| v. ) | |
| ) | ED CV 26-01024-VBF-PD |
| Secretary, U.S. Dep't of Homeland Security ) *et al.,* ) | |
| ) | PRELIMINARY INJUNCTION |
| Respondents. ) | |

Good cause having been shown and based on Petitioner's showing of likelihood of success on the merits and irreparable harm, the minimal harm to Respondents, and the public's interest in upholding the Constitution, 8 U.S.C. § 1226(a) and prior orders of the court in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, -- F. Supp. 3d --, 2025 WL 3288403, *9 (C.D. Cal. Nov. 25, 2025), the Court orders as follows:

**Petitioner's request for a preliminary injunction is GRANTED.**

By temporary restraining order ("TRO") and Order to Show Cause ("OSC") issued March 8, 2026 (Doc 15), this Court ordered that petitioner be "immediately released on Monday, March 9, 2026." Doc . In their Notice of Compliance (Doc 16 at 2), respondents state that they released petitioner to her family in the morning on Tuesday, March 10, 2026 to avoid releasing her at night alone in Adelanto, California on March 9, 2026. The Court

finds that respondents exhibited reasonable caution for the safety of petitioner and made a sufficient good-faith effort to comply with the TRO's release condition.

**Pending entry of final judgment in this action:**

− **respondents continue to be enjoined from imposing any release restrictions on Petitioner**, such as electronic monitoring, unless deemed necessary at a future pre-deprivation bond hearing, **and from re-detaining Petitioner without providing her with a pre-deprivation bond hearing** before a neutral arbiter at which she is shown by clear and convincing evidence to be a flight risk or a danger to the public, and that there are no conditions that will reasonably assure her appearance and public safety.

− **if Petitioner is again placed into detention following proceedings compliant with this order, Respondents shall not remove Petitioner from this district or the United States unless** executing a lawful final order that petitioner be removed to El Salvador.

The bond requirement of Federal Rule of Civil Procedure 65© is waived.

IT IS SO ORDERED.

Dated:  March 17, 2026

_Valerie Baker Fairbank_
_____

Honorable Valerie Baker Fairbank
Senior United States District Judge

2