Closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **KARINA SARAI SARAVIA-SEGOVIA,** | **ORDER** |
| Petitioner, | ED CV 26-01024-VBF-PD |
| v. | |
| Secretary of U.S. Dep't of Homeland Security) *et al.,* | Dismissing the Case w/o Prejudice Per Notice of Voluntary Dismissal |
| Respondents. | |

Pursuant to petitioner's notice of voluntary dismissal filed March 27, 2026 (CM/ECF Doc. #21), **the habeas corpus petition and this case are DISMISSED without prejudice**.

The case is TERMINATED.

IT IS SO ORDERED.

Dated:  March 30, 2026

_Valerie Baker Fairbank_

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge